USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-13-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SWARTZ,

        *Plaintiff*,

-against-

GANSEVOORT HOTEL GROUP LLC, a Delaware Limited Liability Company, and TGA II, LLC, a Delaware Limited Liability Company,

        *Defendants*.

---

Case No. 17 Civ. 0143 (RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear their or its own costs and attorneys' fees.

| | |
|---|---|
| _/s/ Joseph D. Lockinger_ | _/s/ Lawrence A. Fuller_ |
| Joseph D. Lockinger | Lawrence A. Fuller |
| TANNENBAUM HELPERN ET AL | FULLER FULLER & ASSOCIATES, P.A. |
| 900 Third Avenue, 13th Floor | 12000 Biscayne Blvd., Suite 502 |
| New York, NY 10022 | Miami, FL 33181 |
| lockinger@thsh.com | lfuller@fullerfuller.com |
| (212) 508-6700 | (305) 891-5199 |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| Dated: 9/13/17 | Dated: 9/13/17 |

**SO ORDERED:**

_/s/ Ronald L. Ellis_

Honorable Ronald L. Ellis, U.S.M.J
Dated: 9-13-17

{1052489-4}